RESOLUTE, APC
JESSICA S. PLINER (SBN 261976)
Jessica@Resoluteapc.com
ELENO NUNEZ GONZALEZ (SBN 332555)
Eleno@Resoluteapc.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: 415.843.5487

*Attorneys for Defendant,*
Securitas Security Services USA, Inc

FLETCHER B. BROWN (SBN 276390)
FLETCHER B. BROWN LAW FIRM
2831 Telegraph Ave.
Oakland, CA 94609
Tel: 510-986-0441
Fletcher@fletcherbrownlaw.com

*Attorney for Plaintiff*
David Martinez

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Helen Ortiz,<br><br>               Plaintiff,<br><br>     v.<br><br>Securitas Security Services Usa, Inc, and DOES 1-20, inclusive,<br><br>               Defendants. | Case No.  4:25-cv-04945-KAW<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)** |

ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice and pursuant to **Fed. R. Civ. P. 41(a)(1)(A)(ii)**, the Court hereby **ORDERS** as follows:

1. The Joint Stipulation is **APPROVED**.
2. This entire action, including all claims and causes of action stated herein, is **DISMISSED WITH PREJUDICE**.
3. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 23, 2026

_____
MAGISTRATE JUDGE KANDIS A. WESTMORE

ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE